

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2023

No. 04-23-00315-CV

Michelle **ROWLAND**,
Appellant

v.

**SWAYING OAKS APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2022CV02142
Honorable Cesar Garcia, Judge Presiding

### ORDER

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. We ORDER that no costs be assessed against appellant in relation to this appeal.

It is so **ORDERED** on August 9, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2023.

_____
Michael A. Cruz, Clerk of Court